UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her

deputies, and to:    Suffolk County House of Corrections
200 Nashua Street
Boston, Massachusetts


YOU ARE COMMANDED to have the body of  Alfred G. Ryan (Born 1973) (SS# ending in 0573)   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 14 , on the 5th  floor, Boston, Massachusetts on April 26, 2003, at   2:30 p.m.   for the purpose of  Initial Appearance and Arraignment  in the case of UNITED STATES OF AMERICA V.  Alred G. Ryan, et al.   Docket Number  04cr10111 MEL

And you are to retain the body of said   Alfred G. Ryan   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said    Alfred G. Ryan   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this    15th    day of  April, 2004                                  .

TONY ANASTAS
CLERK OF COURT

By: _____
Gina Affsa, Deputy Clerk
To the Honorable Robert B. Collings

(habeas.wpd - 2/2000)

[kwhcap.] or
[kwhcat.]