# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ALFRED G. RYAN

**WARRANT FOR ARREST**

Case Number: 04-10111-MEL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Alfred G. Ryan**
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**conspiracy to possess with intent to distribute and to distribute cocaine base, also known as "crack cocaine"**

**possession with intent to distribute and distribution of cocaine base, also known as "crack cocaine" and**

**possession with intent to distribute and distribution of cocaine base, also known as "crack cocaine", in a school zone**

in violation of Title __21__ United States Code, Section(s) __841(a)(1), 846 and 860(a)__.

__Sheila M. Dineen__                                __Operations Supervisor__
Name of Issuing Officer                             Title of Issuing Officer

__[signature] Sheila Dineen__                       __4-14-04  Boston, MA__
Signature of Issuing Officer                        Date and Location

Bail fixed at $ _____                      BY _____

---

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON __4/21/04__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  |  |  |