## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.04-10111-MEL |
| | ) | |
| ALFRED G. RYAN, | ) | |
| Defendant. | ) | |

### NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant, Alfred Ryan, by the district court (Lasker, S.J.) on March 16, 2005 and the resulting Judgment in a Criminal Case (entered on the docket on March 18, 2005).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PATRICK HAMILTON
Assistant United States Attorney

### Certificate of Service

I, Patrick Hamilton, AUSA, hereby certify that on April 7, 2005, I caused a copy of this notice to be served by first-class mail on John A. Amabile, Amabile & Burkly, P.C., 380 Pleasant Street, Brockton, MA 02401.

_____
Patrick Hamilton