# United States Court of Appeals
## For the First Circuit

No. 05-1648

04-10111
J. Lasker

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JUL 25 2005

UNITED STATES,
Appellant,

v.

ALFRED G. RYAN,
Defendant, Appellee.

**JUDGMENT**

Entered: July 25, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: _____
Operations Manager

[cc: Messrs. Hamilton, Tobin, McCarthy, Ryan & Ms. Chaitowitz]