04 CR
10111 MEL

December 28, 2005

Alfred G. Ryan #25200-038
FCI Allenwood Medium
P.O. Box 2000
White Deer Pa, 17887

Re: US v. Alfred G. Ryan

Clerk of Court
District of Mass.

Dear Sir/Madam:

Please be advised that I am in very dire need of my Plea agreement, and my Rule 11 hearing Transcripts. That was held on January 3rd, 2005 See, "Criminal Docket No. # 04-10111-MEL"
In order for me to continue to fight my conviction and sentence. I am in need of the plea agreement and the transcripts from the Rule 11 hearing. Please forward to me the above documents as soon as possible.

Thanking you in advance

Alfred G. Ryan
Alfred G. Ryan
Pro se