**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Criminal Action No.      O4-10111 MEL


UNITED STATES OF AMERICA   )
                           )
v.                         )          MOTION TO REDUCE SENTENCE
                           )
ALFRED RYAN                )


      The defendant moves the Court for an order reducing his sentence to time served, as a result of the actions of the Sentencing Commission reducing the crack cocaine guidelines and making the reduction retroactive to previously-sentenced defendants.  Mr. Ryan is at CI Moshannon Valley, Philipsburg PA, and is presently scheduled for release on April 24, 2008.


      Respectfully submitted,

John A. Amabile
Attorney for Jerry Santos
AMABILE & BURKLY, P.C.
380 Pleasant Street
Brockton MA  02301
508-559-6966
BBO # 016940

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Criminal Action No.    O4-10111 MEL

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
ALFRED RYAN                 )

## CERTIFICATE OF SERVICE

Defense counsel certifies that he served a copy of the MOTION
TO REDUCE SENTENCE on the United States Attorney's office and
United States Probation Officer Susan Wall by hand delivering them a
copy at 1 Courthouse Way, Boston MA  02210 on March 13, 2008.

Respectfully submitted,

John A. Amabile
Attorney for Alfred Ryan
AMABILE & BURKLY, P.C.
380 Pleasant Street
Brockton MA  02301
508-559-6966
BBO # 016940